UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

.................................................................

RAY WILLIAMS,

                              Plaintiff,

      v.                                                9:02-CV-0765
                                                               (NAM)(RFT)

P. GRIFFIN, Captain of Security; C.O. PADILLA, Correction
Officer; D.J. GUNDERMAN, Correction Sgt.; LT. EPIFANIO;
D. INGRAHAM, C.O.,

                              Defendants.

.................................................................

APPEARANCES:                             OF COUNSEL:

RAY WILLIAMS
Plaintiff, *pro se*
99-A-6603
Upstate Correctional Facility
PO Box 2001
Malone, New York 12953


FOR THE DEFENDANTS:

HON. ELIOT SPITZER                    LISA ULLMAN, AAG
Office of the Attorney General
State of New York
Department of Law
The Capitol
Albany, New York 12224


NORMAN A. MORDUE, DISTRICT JUDGE

### ORDER

    Presently before this Court for consideration is a request from plaintiff Ray Williams ("plaintiff" or "Williams") to dismiss this action. *See* docket no. 32. By his request, Williams states "1. because the case in and of it self will be just too hard for me to prove against defendants at this

time...; 2. because it will take up both too much of the courts time and mines; 3. The evidence is just not there...".

The defendants have advised the Court that they consent to the dismissal of the complaint without prejudice. *See* docket no. 35.

After a review of the entire file herein, including the defendants' response to plaintiff's request for voluntary dismissal, the Court hereby orders that the complaint be dismissed without prejudice.

**WHEREFORE**, based upon the above, it is hereby

**ORDERED**, that this action be dismissed pursuant to Williams' request (docket no. 32) and it is further

**ORDERED**, that the Clerk serve a copy of this Order on the parties..

**IT IS SO ORDERED**.

Dated: July 11, 2005

Norman A. Mordue
U.S. District Judge